```
1  Michael E. Sullivan, Esq.
   Nevada Bar No. 5142
2  ROBISON, BELAUSTEGUI, SHARP & LOW
   71 Washington Street
3  Reno, NV 89503
   Telephone:  (775) 329-3151
4  Facsimile:   (775) 329-7941
   E-mail:      msullivan@rbsllaw.com
5
   Richard J. Reynolds, Esq.
6  Nevada Bar No. 11864
   BURKE, WILLIAMS & SORENSEN, LLP
7  1851 East First Street, Suite 1550
   Santa Ana, California 92705-4067
8  Telephone:  (949) 863-3363
   Facsimile:   (949) 863-3350
9  E-mail:      rreynolds@bwslaw.com

10 Attorneys for Defendants MTC FINANCIAL INC.
11 dba TRUSTEE CORPS
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, a Nevada Trust, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A,, a National Association; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a foreign corporation; REPUBLIC SERVICES, INC., a Foreign Corporation; SANDRA J. NEWTON, individually; SONYA D. NEWTON, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.   2:13-cv-00506 <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |

**TO:   ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby associates with the office of Richard J. Reynolds, Esq., Burke, Williams & Sorensen, LLP, 1851 East First Street,

Suite 1550, Santa Ana, California 92705-4067, telephone: (949) 863-3363, as counsel of record for the Defendant MTC Financial Inc. dba Trustee Corps in the above-entitled action.

DATED this 25th day of March, 2013.

**ROBISON, BELAUSTEGUI, SHARP & LOW**
71 Washington Street
Reno, Nevada 89503

BY: /s/ Michael E. Sullivan
MICHAEL E. SULLIVAN

RICHARD J. REYNOLDS
**BURKE, WILLIAMS & SORENSEN, LLP**
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

Attorneys for Defendant, MTC FINANCIAL INC. dba TRUSTEE CORPS

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused to be served a true copy of the **NOTICE OF ASSOCIATION OF COUNSEL** on all parties to this action by the method(s) indicated below:

✓ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

Luis A. Ayon, Esq.
Maier Gutierrez Ayon
2500 W. Sahara Ave., Suite 106
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

Chelsea A. Crowton, Esq.
Wright, Finlay & Zak, LLP
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
*Attorneys for Defendant Wells Fargo Bank, N.A.*

DATED this 25th day of March, 2013.

_____
MERNA MEIER

Robison, Belaustegui,
Sharp & Low
71 Washington Street
Reno, Nevada 89503
(775) 329-3151