UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC.; REPUBLIC SERVICES, INC.; SANDRA J. NEWTON; and SONYA D. NEWTON, <br><br> Defendants. | 2:13-CV-00506-PMP-GWF <br><br> ORDER |

IT IS ORDERED that counsel for the parties shall appear on Thursday, April 18, 2013 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a hearing on Plaintiff 7912 Limbwood Court Trust's Motion for Preliminary Injunction (Doc. #1-5) and the Nevada state court's Order to Show Cause Why Sale Should not be Set Aside (Doc. #1-6).

IT IS FURTHER ORDERED that the parties shall submit simultaneous briefs on or before Thursday, April 11, 2013, regarding whether this Court has jurisdiction over this action given removal on diversity grounds where two of the Defendants are Nevada residents.

DATED: April 4, 2013

_____
PHILIP M. PRO
United States District Judge