UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| 7912 LIMBWOOD COURT TRUST, | ) | |
| Plaintiff, | ) | 2:13-CV-00506-PMP-GWF |
| v. | ) | |
| WELLS FARGO BANK, N.A.; MTC FINANCIAL INC.; and FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) | ORDER |
| Defendants. | ) | |

    Having reviewed the parties' summary judgment briefing, the Court concludes that some of Defendants' arguments regarding due process call into question the constitutionality of certain provisions of Chapter 116 of the Nevada Revised Statutes. Pursuant to Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 of the Nevada Revised Statutes has been called into question in this action. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in this action, if it chooses to do so.

    IT IS THEREFORE ORDERED that the Clerk of Court shall mail a copy of this Order on the Attorney General for the State of Nevada, certified return receipt requested, at each of the following addresses:

Catherine Cortez Masto
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701

Catherine Cortez Masto
Office of the Attorney General
Grant Sawyer Building
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the parties shall forthwith serve a copy of this Order upon the Attorney General for the State of Nevada.

DATED: March 5, 2014

_____
PHILIP M. PRO
United States District Judge

2