UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, | |
| Plaintiff, | 2:13-CV-00506-PMP-GWF |
| v. | |
| WELLS FARGO BANK, N.A.; MTC FINANCIAL INC.; and FEDERAL HOME LOAN MORTGAGE CORPORATION, | ORDER |
| Defendants. | |

IT IS ORDERED that counsel for the parties shall appear on Monday, May 19, 2014 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a hearing on the parties' positions on whether the Court ought to stay this matter pending a decision by the Nevada Supreme Court in <u>Villa Palms Court 102 Trust v. Riley</u> and <u>SFR Investments Pool 1 v. US Bank, N.A.</u>, both argued before the Nevada Supreme Court sitting en banc on May 7, 2014.

DATED: May 12, 2014

_____
PHILIP M. PRO
United States District Judge