UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, | |
| Plaintiff, | 2:13-CV-00506-PMP-GWF |
| v. | |
| WELLS FARGO BANK, N.A.; MTC FINANCIAL INC.; and FEDERAL HOME LOAN MORTGAGE CORPORATION, | ORDER |
| Defendants. | |

IT IS ORDERED that Motion to Appear Telephonically at Hearing by Defendant MTC Financial Inc. dba Trustee Corps (Doc. #82) is hereby GRANTED.

DATED: May 14, 2014

_____
PHILIP M. PRO
United States District Judge