LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 629-7900
Facsimile:  (702) 629-7925
E-mail:     laa@mgalaw.com
            mes@mgalaw.com

*Attorneys for Plaintiff*
*7912 Limbwood Court Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, a Nevada Trust<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National Association; MTC FINANCIAL INC. dba TRUSTEE CORPS, a foreign corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00506-PMP-GWF<br><br>**ORDER** |

Plaintiff 7912 Limbwood Court Trust ("Plaintiff"), by and through its counsel of record, Luis A. Ayon, Esq., of the law firm MAIER GUTIERREZ AYON, defendant MTC Financial, Inc. d/b/a Trustee Corps, by and through its counsel of record, Richard J. Reynolds, Esq., of the law firm BURKE, WILLIAMS & SORENSEN, LLP, and defendants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation, by and through their counsel of record, Christopher Benner, Esq., of the law firm WRIGHT, FINLAY & ZAK, LLP, appeared on May 19, 2014, at 2:00 p.m. for a hearing regarding the parties' positions on whether the Court ought to stay this matter pending a decision by the Nevada Supreme Court in *Villa Palms Court 102 Trust v. Riley* and *SFR Investments Pool 1 v.*

1

*US Bank, N.A.*, both argued before the Nevada Supreme Court sitting en banc on May 7, 2014. The Court, having heard the argument of counsel present at the hearing, and for good cause appearing, hereby rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the litigation and discovery in the above-captioned matter shall be temporarily stayed until a ruling by the Supreme Court of Nevada on the effect, if any, a homeowners association foreclosure sale has on a first deed of trust;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, together with any of their affiliates, agents, and employees, will not assert ownership, transfer, and/or foreclose upon the subject property – 7912 Limbwood Court, Las Vegas, NV 89131 (the "Property") – during the pendency of this stay, or without further order of this Court;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff will not sell, transfer, assign, encumber, or otherwise attempt to dispossess any interest in the Property during the pendency of this stay, or without further order of this Court; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all pending motions are DENIED WITHOUT PREJUDICE and will automatically be reopened upon lifting of the stay;

IT IS FINALLY ORDERED, ADJUDGED AND DECREED that all pending deadlines in this matter are stayed until further order of this Court.

DATED: May 27, 2014

_____
U.S. DISTRICT COURT JUDGE

/ / /

2