UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

7912 LIMBWOOD COURT TRUST,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.; MTC FINANCIAL INC.; and FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Defendants.

2:13-CV-00506-PMP-GWF

ORDER

Presently before the Court is Plaintiff 7912 Limbwood Court Trust's Motion to Lift Stay (Doc. #88), filed on September 22, 2014. Pursuant to this Court's Orders (Doc. ##85, 87), entered on May 19 and May 27, 2014,

IT IS ORDERED that Plaintiff 7912 Limbwood Court Trust's Motion to Lift Stay (Doc. #88) is hereby GRANTED.

IT IS FURTHER ORDERED that the parties shall file any motions for summary judgment they deem appropriate within forty-five (45) days from the date of this Order. In doing so, the parties shall address the Nevada Supreme Court's opinion <u>SFR Investments Pool 1, LLC v. U.S. Bank, N.A.</u>, 130 Nev. Adv. Op. No. 75 (Nev. 2014). The parties are advised that the Court will not refer to the prior motions for summary judgment that were pending before the case was stayed. Thus, any motions for summary judgment the parties

choose to file must be complete in and of themselves.

DATED: September 23, 2014

_____
PHILIP M. PRO
United States District Judge