UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, | |
| Plaintiff, | 2:13-CV-506-PMP-GWF |
| vs. | |
| WELLS FARGO BANK, N.A., *et al.*, | ORDER |
| Defendants. | |

On November 4, 2014, the Court entered an Order (Doc. #92) granting the stipulation of the Parties to extend the deadline for filing motions for summary judgment to and including December 4, 2014. There currently are no motions pending in this case, but in light of the extended deadline for filing summary judgment motions, and because on November 4, 2014, the undersigned announced his intention to retire from the bench effective January 16, 2015, it is appropriate that this action be reassigned to a new judge for all further proceedings.

**IT IS THEREFORE ORDERED** that this action is hereby referred to the Honorable Gloria M. Navarro, Chief United States District Judge, for purposes of random reassignment of this action to a new judge.

DATED: November 19, 2014.

PHILIP M. PRO
United States District Judge