UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WELLS FARGO BANK, N.A., *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:13-cv-00506-APG-GWF <br><br> **ORDER** <br><br> Motion to Withdraw - #99 |

This matter is before the Court on Darren T. Brenner and William S. Habdas' Motion to Withdraw Association of Counsel for Wells Fargo Bank, N.A. (#99), filed on December 9, 2014.

On November 3, 2014, Defendant Wells Fargo filed a Notice of Association of Counsel with this Court, indicating that Akerman LLP would be substituting as counsel of record. The Defendant now represents that current counsel Wright, Finlay & Zak, LLP, will remain as counsel of record. Withdrawal by Akerman, LLP will cause no prejudice to either party. The Defendant has shown sufficient good cause to allow the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo's Motion to Withdraw Association of Counsel for Wells Fargo Bank, N.A. is **granted**.

DATED this 10th day of December, 2014.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge