WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorneys for Defendants, Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, a Nevada Trust,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National Association; MTC FINANCIAL, INC. d/b/a TRUSTEE CORPS, a foreign corporation; REPUBLIC SERVICES, INC., a foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; DOES I through X; ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00506-APG-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, WELLS FARGO BANK, N.A., hereby substitutes and appoints the law firm of SNELL & WILMER, LLP as its attorneys in the above-entitled matter in place and stead of the law firm WRIGHT, FINLAY & ZAK, LLP.

DATED this 13 day of March, 2015.

WELLS FARGO BANK, N.A.

By: _____
Name: Brian O'Laughlin
Its: Counsel

1  WRIGHT, FINLAY & ZAK, LLP hereby substitutes in its place and stead the law firm of SNELL & WILMER, LLP as attorneys for Defendant, WELLS FARGO FINANCIAL NEVADA 2 INC. in the above-entitled matter.

DATED this 12th day of Feb_____, 2015.

WRIGHT, FINLAY & ZAK, LLP

Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave. Suite 200
Las Vegas, NV 89117

SNELL & WILMER, LLP hereby accepts substitution as attorneys for Defendants, WELLS FARGO FINANCIAL NEVADA 2 INC., in the above-entitled matter in place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this ___ day of February, 2015.

SNELL & WILMER, LLP

Richard Gordon, Esq.
Nevada Bar No. 9036
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169

**IT IS SO ORDERED:**

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**DATED:   March 27, 2015**

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the **SUBSTITUTION OF COUNSEL** by the method indicated:

_____  U. S. Mail

_____  U.S. Certified Mail

_____  Facsimile Transmission

_____  Federal Express

_____  Hand Delivery

_____  E-mail

\_\_X\_\_  Electronic Submission: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

| Firm | Contact | Email |
|---|---|---|
| **Maier Gutierrez Ayon** | Joseph A. Gutierrez | jag@mgalaw.com |
| | Luis A. Ayon | laa@mgalaw.com |
| | Margaret Schmidt | mes@mgalaw.com |
| **Burke, Williams & Sorenson, LLP** | Richard J. Reynolds | rreynolds@rbwslaw.com |
| | Michael E. Sullivan | msullivan@rbslaw.com |

DATED this  26th  day of March 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/ Julia Melnar
　　　　　　　　　　　　　　　　　　　　　　An employee of Snell & Wilmer L.L.P.