SUBT
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
AYON LAW, PLLC
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Plaintiff,*
*7912 Limbwood Court Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 7912 LIMBWOOD COURT TRUST, a Nevada Trust,<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A., a National Association; MTC FINANCIAL INC., dba TRUSTEE CORPS, a Foreign Corporation; REPUBLIC SERVICES, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00506-PMP-GWF<br><br>**SUBSTITUTION OF ATTORNEYS** |

LUIS A. AYON, ESQ., of AYON LAW, PLLC, is hereby substituted in as the attorneys for Plaintiff, 7912 Limbwood Court Trust, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
Client

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby accept the above and foregoing substitution as attorneys for Plaintiff, 7912 Limbwood Court Trust.

DATED this 8 day of May, 2017.

AYON LAW, PLLC

LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this 8 day of May, 2017.

MAIER GUTIERREZ & ASSOCIATES

JASON R MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
Las Vegas, Nevada 89148
Phone: (702) 600-3200

**ORDER**

IT IS HEREBY ORDERED that Luis A. Ayon, Esq. of the law firm of Ayon Law, PLLC, shall be substituted in place of the law firm Maier Gutierrez and Associates.

Dated this 12th day of May, 2017

_____
UNITED STATES MAGISTRATE JUDGE

AYON LAW, PLLC
9205 W. Russell Road
Building 3, Suite 240